# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PAULA YVONNE CARUSO, | : | No. 8 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.